STATE OF MONTANA, Plaintiff, vs. THOMAS CHARLES GRAY, Defendant.

No. 5968B

DECISION

The application of the above-named defendant for a review of the sentence of ten years for Robbery, imposed on May 21, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed except that the last three years of said sentence is hereby suspended.

We wish to thank Robert Knapp of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 13th day of November, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Peter G. Meloy.

STATE OF MONTANA, Plaintiff, vs. GEORGE GRENA, Defendant.

No. 6241B

DECISION

The application of the above-named defendant for a review of the sentence of 25 years with 10 years suspended for L & L Act Upon a Child, imposed on July 21, 1972, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

DATED this 13th day of November, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Peter G. Meloy.

STATE OF MONTANA, Plaintiff, vs. KELLY RAY GRIESE, Defendant.

No. 3733

DECISION

The application of the above-named defendant for a review of the sentence of 10 years with 3 years suspended for First Degree Burglary, imposed on March 27, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

Then sentence be and remain as originally imposed.

We wish to thank Thomas Boland of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 13th day of November, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom.